# UNITED STATES DISTRICT COURT

### District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                         **CASE NO.**  25-CR-10094-EFM

**ROBERT D. VEALES,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**[18 U.S.C. § 922(g)]**

On or about August 15, 2024, in the District of Kansas, the defendant,

**ROBERT D. VEALES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit:  a Smith and Wesson, M&P40 M2.0, .40 caliber handgun s/n NBH7953, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**PROHIBITED PERSON IN POSSESSION OF AMMUNITION**
**[18 U.S.C. § 922(g)(1)]**

On or about April 5, 2025, in the District of Kansas, the defendant,

**ROBERT D. VEALES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to wit: Sig 9mm ammunition with headstamp "SIG 9mm LUGER," Hornady .45 caliber ammunition with headstamp "*HORNADY* 45 AUTO+P," Fiocchi 9mm ammunition with headstamp "GFL 9mm. LUGER," Fiocchi .45 caliber ammunition with headstamp "GFL 45 AUTO," and Fiocchi .45 caliber ammunition with headstamp "*G.F.L.* 45 A.C.P.," which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3

**PROHIBITED PERSON IN POSSESSION OF AMMUNITION**
**[18 U.S.C. § 922(g)(1)]**

On or about August 13, 2025, in the District of Kansas, the defendant,

**ROBERT D. VEALES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to wit: Aguila 9mm ammunition with headstamp "AGUILA 9mm," Aguila 9mm ammunition with headstamp "AGUILA 9mm LUGER," Aguila 9mm ammunition

with headstamp "AGUILA *9mm LUGER," Winchester 9mm ammunition with headstamp "WIN 9MM LUGER," Federal Cartridge Company 9mm ammunition with headstamp "*F C* 9mm*LUGER," and Poongsan Corporation (PMC) 9mm ammunition with headstamp "PMC 9MM LUGER," which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE NOTICE**

1.      The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-3 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A.    Smith and Wesson, M&P40 M2.0, 40 caliber handgun s/n NBH7953 and any accompanying ammunition;

    B.    Ammunition identified in Count 2;

    C.    Polymer 80 firearm seized on August 13, 2025; and

    D.    Ammunition identified in Count 3.

A TRUE BILL.


September 3, 2025                    s/Foreperson
DATE                                FOREPERSON OF THE GRAND JURY

RYAN KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

<div style="border:1px solid black; padding:10px;">

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

</div>

## <u>PENALTIES</u>

### Counts 1-3 – [18 U.S.C. § 922(g)(1)]

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.