# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                              CASE NO. 25-CR-10094-EFM

**ROBERT D. VEALES,**

        **Defendant.**

## UNITED STATES' ANTICIPATED EXPERT WITNESS DISCLOSURE

The United States, by and through undersigned counsel, provides the following notice of expert testimony, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(E) and (G) and Fed. R. Evid. 702, 703, and 705, which the government intends to present in its case-in-chief at trial. The United States respectfully reserves the right to offer additional testimony by these experts, or other expert witness(es), and for the experts to amend or adjust their opinion and bases for those opinions due to information made known to the experts before or during trial.

Notwithstanding the foregoing, the United States respectfully reserves its right to supplement this Notice with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case in chief if and when additional facts not presently known come to light.

The United States requests full disclosure of all information required pursuant to Federal Rules of Criminal Procedure 16(b) no later than ten days from the filing of this notice.

**Expert Witnesses**

1. **Andrew M. Waller, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)**

The United States intends to call Andrew Waller, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as an expert witness at trial regarding the manufacturing location and interstate nexus of the firearm at issue, and various ammunitions at issue in this case. SA Waller is an expert in the field of firearm examinations. SA Waller will testify regarding the processes and procedures in which a firearm functionality test if performed and what is required to meet the federal definition of a firearm. SA Waller will also testify regarding manufacturer markings on firearms and ammunition, including, but not limited to, how they are identified, and how they are used to trace the location of manufacturing. SA Waller will explain the effect firearms and ammunition traveling between states have on interstate commerce. Specifically, SA Waller will testify regarding the nexus of the firearm, the manufacturing location of the Smith and Wesson, Model M&P40 M2.0 S&W caliber pistol with serial number NBH7953, and if that firearm in fact traveled in interstate commerce before coming to the District of Kansas. SA Waller will testify regarding the nexus of six (6) Luger 9mm ammunition cartridges, the manufacturing location of these six (6) ammunition cartridges and if they in fact traveled in interstate commerce before coming into the District of Kansas. SA Waller will testify regarding the nexus of one (1) *HORNADY* 45 AUTO+P marked ammunition cartridge, one (1) GFL 9mm. LUGER marked ammunition cartridge, one (1) SIG 9mm LUGER marked ammunition cartridge, one (1) GFL 45 AUTO marked ammunition cartridge, the manufacturing location of these ammunition cartridges and if they in fact traveled in interstate commerce before coming into the District of Kansas.

a.      **Opinion:**  At trial, SA Waller will testify that the Smith and Wesson, Model M&P40 M2.0 S&W caliber pistol with serial number NBH7953 firearm detailed in his report attached here to and provided in discovery is a firearm under Title 18, United States Code, Chapter 44, Section 921(a)(3), and that it was manufactured outside the State of Kansas and traveled in interstate and/or foreign commerce before it came to Kansas. These opinions are attached to this Notice and incorporated herein and provided to the defendant in discovery. SA Waller will further testify that the firearm was test fired and functioned as designed.

SA Waller will also testify that the six (6) Luger 9mm cartridges detailed in his report 25-23743, report 5, are ammunition under Title 18, United States Code, Chapter 44, Section 921(a)(17)(A) and they were manufactured outside the State of Kansas and traveled in interstate commerce before it came to Kansas. These opinions are attached to this Notice and incorporated herein and provided to the defendant in discovery.

SA Waller will also testify that the one (1) *HORNADY* 45 AUTO+P marked ammunition cartridge, one (1) GFL 9mm. LUGER marked ammunition cartridge, one (1) SIG 9mm LUGER marked ammunition cartridge detailed in his report 25-23743, report 6, are ammunition under Title 18, United States Code, Chapter 44, Section 921(a)(17)(A) and they were manufactured outside the State of Kansas and traveled in interstate commerce before it came to Kansas. These opinions are attached to this Notice and incorporated herein as Attachment A and provided to the defendant in discovery.

b.      **Basis and Reasons for the Opinion:**  SA Waller's opinions have been formulated from a combination of his professional experience and training. SA Waller's expert reports, previously provided to the parties through discovery and attached to this disclosure and incorporated herein also contains the basis for his opinions. The reports are signed by SA Waller

and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that SA Waller is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

        **c.**        **Qualifications/ Previous Publications:** SA Waller's qualifications are listed out in his "Court Qualification Statement" which attached to this disclosure and incorporated herein as Attachment B. He has not published any prior papers, articles, or documents in relation to the nexus of firearms.

        **d.**        **Prior Expert Testimony**: SA Waller previously testified as an expert witness in August 2024 - US v. Ryan Vangdy, 23-10027- 01-JWB.

**2.**        **<u>Sara M. Rogers, Forensic Scientist, Sedgwick County Regional Forensic Science Center (SCRFSC)</u>**

The United States intends to call Sara Rogers, Forensic Scientist with Sedgwick County Regional Forensic Science Center (SCRFSC) as an expert witness at trial regarding ballistic comparison between firearms and expended casings. Ms. Rogers is an expert in the field of firearm examinations. She will testify to the accreditation of the SCRFSC and its adherence to industry standards. Ms. Rogers will discuss the training and certifications required to be qualified to examine firearms. Specifically, Ms. Rogers will testify regarding her examination of the various items of evidence she was provided by Wichita Police Department, to include, among many things, multiple cartridge cases collected from an investigation at the American Legion. Ms. Rogers will discuss the techniques and industry standards used to examine and compare cartridge casings/cases to specific firearms as laid out in her reports with laboratory case #25-00590 #3 and #25-00590 #5, provided in discovery and attached hereto as Attachment C and incorporated herein.

      a.    **Opinion:** At trial, Ms. Rogers will provide general background information regarding the techniques involved in firearm comparison and will discuss, for example, the unique markings associated with firearms and how those markings are transferred to casings and fired. She will testify as to what discernable class characteristics are, how they are identified during an examination and how they are utilized in her ultimate determination. Ms. Rogers will explain the process in which function testing is completed. Ms. Rogers will testify how the evidence was received and processed at the laboratory and how the evidence is tested.

      Ms. Rogers will provide her expert opinion that from the various cartridge casings/cases provided by the Wichita Police Department, she was able to determine that a certain firearm fired specific cartridge casings/cases collected and provided for analysis by the Wichita Police Department. Ms. Rogers will describe the process in which she examines firearm and cartridge casings/cases and the process in which she determines a certain firearm fires a specific cartridge casing/case.

      Ms. Rogers will testify that the result of her examination indicates that the Taurus Model G3c pistol with serial number ADA845443 (item 1) functions as a firearm. Ms. Rogers was able to determine that nineteen (19) cartridge cases she was provided to examine were fired from the Taurus Model G3c pistol with serial number ADA845443.

      b.    **Basis and Reasons for the Opinion:** Ms. Rogers' opinions have been formulated from a combination of her professional experience and training. Ms. Rogers' expert reports, previously provided to the parties through discovery and attached to this disclosure and incorporated herein as Attachment C, also contains the basis for her opinions. The report is signed by Ms. Rogers and contains "all the opinions and the bases and reasons for them required

by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that Ms. Rogers is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

      **c.**    **Qualifications/ Previous Publications:** Ms. Rogers' qualifications and prior publications are listed out in her CV which attached to this disclosure as Attachment D and incorporated herein

      **d.**    **Prior Expert Testimony**: Ms. Rogers' has testified as an expert previously and those matters are listed out in her CV which attached to this disclosure and incorporated herein.

**3.**    <u>**Jordan A. Wiles, Forensic Scientist, Sedgwick County Regional Forensic Science Center (SCRFSC)**</u>

The United States intends to call Jordan Wiles, Forensic Scientist with Sedgwick County Regional Forensic Science Center (SCRFSC) as an expert witness at trial regarding DNA located on the firearm at issue. Ms. Wiles is an expert in the field of forensic DNA analysis. She will testify to the accreditation of the SCRFSC facilities and its adherence to industry standards. Ms. Wiles will discuss the extensive training she was required to complete to be qualified as a forensic examiner. Specifically, Ms. Wiles will testify regarding her examination of the DNA swabs taken from the firearm at issue and DNA oral standard taken from Robert Veales, that were provided by Wichita Police Department and detailed in her report with laboratory case #25-00781, provided in discovery and attached to this disclosure as Attachment E and incorporated herein.

      **a.**    **Opinion:** At trial, Ms. Wiles will provide general background information regarding forensic DNA testing and will describe/define deoxyribonucleic acid (DNA), how DNA varies from person to person, how DNA may transfer from its original source to another person or object, what factors may affect the quality and or quantity of DNA detected and what constitutes a comparable value. Ms. Wiles will testify how the evidence is received and

processed at the laboratory, how the evidence is tested and how the results are recorded and verified.

Ms. Wiles will provide her expert opinion that from the sample(s) submitted to her for analysis, DNA profiles suitable for analysis were recovered from the swabs labeled "trigger, mag, buttons" of the firearm at issue in this case. Ms. Wiles will describe the process used to recover those profiles, which includes, but is not limited to, collection, extraction, quantitation, amplification, analysis and interpretation. This will also include describing the individualizing characteristics used to conduct DNA analysis, DNA typing and the possible outcomes of a DNA examination and the comparison of profiles recovered from items to known profiles. Ms. Wiles will also explain how a DNA profile is interpreted, what factors may affect interpretation, and the process for determining the number of contributors to an evidentiary profile. Ms. Wiles will explain the difference of major and minor contributors and how that is determined through interpretation. Ms. Wiles will also explain the statistical calculation the provides cont4ext for the discriminating power of the evidence profiles obtained.

Ms. Wiles will testify that the result of her examination indicates DNA contained in the swabs labeled "grips" was partial in nature and of no comparative value.  Ms. Wiles will explain what it means to obtain a DNA sample that is partial in nature, circumstances that can influence that and what it means to be of no comparative value.

Ms. Wiles will testify that the result of her analysis indicates DNA of at least three individuals was detected in the swabs labeled "trigger, mag, buttons".  Mr. Veales cannot be excluded as a major contributor. She will testify that the probability of selecting an unrelated individual at random who exhibits a profile that is a potential major contributor to the profile obtained is approximately 1 in 354.

b.      **Basis and Reasons for the Opinion:** Ms. Wiles' opinions have been formulated from a combination of her professional experience and training. Ms. Wiles' expert report, previously provided to the parties through discovery and attached to this disclosure as Attachment E and incorporated herein also contains the basis for her opinions. The report is signed by Ms. Wiles and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that Ms. Wiles is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

c.      **Qualifications/ Previous Publications:** Ms. Wiles' qualifications and prior publications are listed out in her CV which attached to this disclosure as Attachment F and incorporated herein

d.      **Prior Expert Testimony**: Ms. Wiles' prior testimony as an expert are listed out in her CV which attached to this disclosure as Attachment G and incorporated herein.

Notwithstanding the foregoing, the United States reserves its right to supplement this *Notice* with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case in chief if and when additional facts not presently known come to light.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

s/ Katherine J. Andrusak
KATHERINE J. ANDRUSAK
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 25961
E-mail: katie.andrusak@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                            s/ Katherine J. Andrusak
                                            KATHERINE J. ANDRUSAK,
                                            Assistant United States Attorney