# ATTACHMENT A

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>VEALES, Robert - WFIG | Investigation Number:<br>25-23743 | Report Number:<br>6 |
|---|---|---|

## SUMMARY OF EVENT:

On August 20, 2025, and August 21, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) A. Waller examined four (4) total previously fired ammunition cartridges to determine their status as to travel in interstate and/or foreign commerce regarding alleged crimes having been committed by Robert VEALES.

## NARRATIVE:

1. On August 20, 2025, SA Waller examined the following ammunition and its markings, to include but not limited to the cartridge headstamp markings, which may consist of the name or abbreviation of the manufacturer, caliber or gauge, and/or additional descriptive information.  The ammunition is described as follows:

   - Item P25011821 (C39): One (1) previously fired .45 AUTO + P caliber ammunition cartridge with headstamp markings [*HORNADY* 45 AUTO+P] having a metallic-colored casing and brass colored centerfire primer. The SA should note that the * represents a dot preceding the "H" and following the "Y" at approximately the 9 o'clock and the 3 o'clock positions.
   - Item P25011822 (C47): One (1) previously fired 9mm LUGER caliber ammunition cartridge with headstamp markings [GFL 9mm. LUGER] having a brass-colored metallic casing and metallic colored centerfire primer.
   - Item P25011822 (C48): One (1) previously fired 9mm LUGER caliber ammunition cartridge with headstamp markings [SIG 9mm LUGER] having a brass-colored metallic casing and metallic colored centerfire primer. The SA should note that P25011822 (C48) is one (1) of sixteen (16) rounds of ammunition, all of which have the same headstamp markings, taken from P25011822.

2. On August 21, 2025, SA Waller examined the following ammunition and its markings, to include but not limited to the cartridge headstamp markings, which may consist of the name or abbreviation of the manufacturer, caliber or gauge, and/or additional descriptive information.  The ammunition is described as follows:

   - Item P25011821 (C38): One (1) previously fired .45 AUTO caliber ammunition cartridge with headstamp markings [GFL 45 AUTO] having a brass-colored metallic casing and metallic colored centerfire primer.  The SA should note that P25011821 (C38) is one (1) of four (4) rounds of ammunition, all of which have the same headstamp markings, taken from P25011821.

| Prepared by:<br>5385 | Title:<br>Special Agent | Signature:<br>5385 | Date:<br>11/07/2025 |
|---|---|---|---|
| Authorized by:<br>4517 | Title:<br>RAC | Signature:<br>4517 | Date:<br>11/10/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: VEALES, Robert - WFIG | Investigation Number: 25-23743 | Report Number: 6 |
|---|---|---|

3. In addition to these examinations, this ammunition was researched by referencing the Bureau of Alcohol, Tobacco, Firearms and Explosives list of ammunition manufacturers, the Cartridge Headstamp Identification Guide (Version 17.3E), the Ammo Encyclopedia (Sixth Edition), and the manufacturers/importers. These references are widely known and used by both law enforcement and civilian experts to obtain information about ammunition and their respective manufacturers, including the place of manufacture and other matters of interest related to ammunition. They are routinely relied upon to determine the place of manufacture of ammunition.

**FINDINGS:**

4. Based upon the physical evidence on the ammunition, in conjunction with the research, knowledge and experience of the SA, it is in his opinion that:

  - Fiocchi of America manufactured the ammunition casings of P25011821 (C38) and P25011822 (C47) in the state of Arkansas.
  - Jagemann Stamping Co manufactured the ammunition casing of P25011821 (C39) in the state of Wisconsin for Hornady, located in the state of Nebraska.
  - Sig Sauer Inc manufactured the ammunition casing of P25011822 (C48) in the state of Arkansas or Kentucky.

**CONCLUSION:**

5. Items P25011821 (C38 and C39), and Items P25011822 (C47 and C48) are ammunition as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(17)(A) and were not manufactured in the state of Kansas.

**OPINIONS:**

6. It is the opinion of the SA that if Items P25011821 (C38 and C39), and Items P25011822 (C47 and C48) were received or possessed in the state of Kansas, the ammunition would have traveled in interstate commerce.

**ATTACHMENTS:**
Photographs of one (1) previously fired .45 caliber ammunition cartridge with headstamp markings [GFL 45 AUTO]
Photographs of one (1) previously fired .45 caliber ammunition cartridge with headstamp markings [*HORNADY* 45 AUTO+P]
Photographs of one (1) previously fired 9mm caliber ammunition cartridge with headstamp markings [GFL 9mm. LUGER]
Photographs of one (1) previously fired 9mm caliber ammunition cartridge with headstamp markings [SIG 9mm LUGER]

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>VEALES, Robert - WFIG | Investigation Number:<br>25-23743 | Report Number:<br>6 |
| --- | --- | --- |

ATF EF 3120.2 (10-2004)<br>For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| VEALES, Robert - WFIG | 25-23743 | 5 |

## SUMMARY OF EVENT:

On August 25, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) A. Waller examined six (6) total live ammunition cartridges to determine their status as to travel in interstate and/or foreign commerce regarding alleged crimes having been committed by Robert VEALES.

## NARRATIVE:

1.  On August 25, 2025, SA Waller examined the following ammunition and its markings, to include but not limited to the cartridge headstamp markings, which may consist of the name or abbreviation of the manufacturer, caliber or gauge, and/or additional descriptive information.  The ammunition is described as follows:

    -   Item 4A: One (1) live 9MM LUGER caliber ammunition cartridge with headstamp markings [PMC 9MM LUGER] having a brass-colored metallic casing and brass-colored centerfire primer, and projectile.
    -   Item 4B: One (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [*F C* 9mm*LUGER] having a brass-colored metallic casing and metallic colored centerfire primer, and projectile. The SA should note that the * represents a dot preceding the "F" and following the "C" at approximately the 9 o'clock and the 3 o'clock positions and following the "m" and preceding the "L" at approximately the 7 o'clock position.
    -   Item 4C: One (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [WIN 9MM LUGER] having a brass-colored metallic casing and brass-colored centerfire primer, and projectile.
    -   Item 4D: One (1) live 9mm caliber ammunition cartridge with headstamp markings [AGUILA 9mm] having a brass-colored metallic casing and brass-colored centerfire primer, and projectile.
    -   Item 4E: One (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [AGUILA 9mm LUGER] having a brass-colored metallic casing and brass-colored centerfire primer, and projectile.  The SA should note that Item 4E is one (1) of (9) rounds of ammunition, all of which have ethe same headstamp markings, taken from Item 4.
    -   Item 4F: One (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [AGUILA 9mm LUGER] having a brass-colored metallic casing and brass-colored centerfire primer, and projectile.

2.  In addition to these examinations, this ammunition was researched by referencing the Bureau of Alcohol, Tobacco, Firearms and Explosives list of ammunition manufacturers, the Cartridge Headstamp Identification Guide (Version

| Prepared by:<br>5385 | Title:<br>Special Agent | Signature:<br>5385 | Date:<br>10/09/2025 |
|---|---|---|---|
| Authorized by:<br>4517 | Title:<br>RAC | Signature:<br>4517 | Date:<br>10/09/2025 |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>VEALES, Robert - WFIG | Investigation Number:<br>25-23743 | Report Number:<br>5 |
|---|---|---|

17.3E), the Ammo Encyclopedia (Sixth Edition), and the manufacturers/importers. These references are widely known and used by both law enforcement and civilian experts to obtain information about ammunition and their respective manufacturers, including the place of manufacture and other matters of interest related to ammunition. They are routinely relied upon to determine the place of manufacture of ammunition.

**FINDINGS:**

3.  Based upon the physical evidence on the ammunition, in conjunction with the research, knowledge and experience of the SA, it is in his opinion that:

    -  Poongsan Corporation (PMC) manufactured the ammunition casing of Item 4A in the country of South Korea, then imported into the United States by Precision Made Cartridges (PMC) Ammunition, located in the state of Texas.
    -  Federal Cartridge Company manufactured the ammunition casing of Item 4B in the state of Minnesota.
    -  Olin Winchester manufactured the ammunition casing of Item 4C in the state of Illinois or Mississippi.
    -  Industrias Tecnos S.A. de C.V manufactured the ammunition casings of Item 4 D-F in the country of Mexico, then imported in the United States by TXAT LLC, located in the state of Texas.

**CONCLUSION:**

4.  Items 4A-F are ammunition as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(17)(A) and were not manufactured in the state of Kansas.

**OPINIONS:**

5.  It is the opinion of the SA that if Items 4A-F were received or possessed in the state of Kansas, the ammunition would have traveled in interstate commerce. It is further the opinion of the SA that Items 4D-F have travelled in foreign commerce.

**ATTACHMENTS:**
Photographs of one (1) live 9MM LUGER caliber ammunition cartridge with headstamp markings [PMC 9MM LUGER]
Photographs of one (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [*F C* 9mm*LUGER]
Photographs of one (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [WIN 9mm LUGER]
Photographs of one (1) live 9mm caliber ammunition cartridge with headstamp markings [AGUILA 9mm]
Photographs of one (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [AGUILA 9mm LUGER]
Photographs of one (1) live 9mm LUGER caliber ammunition cartridge with headstamp markings [AGUILA 9mm LUGER]

ATF EF 3120.2 (10-2004)<br>For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| VEALES, Robert - WFIG | 25-23743 | 4 |

## SUMMARY OF EVENT:

On August 26, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) A. Waller examined one (1) firearm to determine its status as to travel in interstate and/or foreign commerce regarding alleged crimes having been committed by Robert VEALES.

## NARRATIVE:

1. On August 26, 2025, SA Waller examined the following firearm and its markings under 27 CFR, Section 478.92, which include but are not limited to the serial number, name of the manufacturer, model, caliber or gauge, and also, when applicable, the importer.  The firearm is described as follows:

   - Item 03: Smith & Wesson, Model M&P40 M2.0, .40 S&W caliber pistol with serial number NBH7953.

2. In addition to this examination, this firearm was researched by referencing the Bureau of Alcohol, Tobacco, Firearms and Explosives list of firearm manufacturers, the Blue Book of Gun Values (Forty-Third Edition), and Gun Traders Guide (Forty-Second Edition).  These references are widely known and used by both law enforcement and civilian experts to obtain information about firearms and their respective manufacturers, including the place of manufacture and other matters of interest related to firearms.  They are routinely relied upon to determine the place of manufacture of firearms.

3. SA Waller conducted a test firing of Item 03 by placing a live cartridge casing with the propellant powder and projectile removed, into the chamber and functioned the Item.

### FINDINGS:

4. Based upon the physical evidence on the firearm, in conjunction with the research, knowledge and experience of the SA, it is in his opinion that:

   - Deep River Plastic LLC manufactured the frame of Item 03 in the state of Connecticut for Smith & Wesson Corp., located in the state of Massachusetts.

5. Item 03 functioned as designed during the test fire procedure.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| 5385 | Special Agent | 5385 | 09/22/2025 |
| Authorized by: | Title: | Signature: | Date: |
| 4517 | RAC | 4517 | 09/22/2025 |
| Second Level Reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| VEALES, Robert - WFIG | 25-23743 | 4 |

## CONCLUSION:

6. Item 03 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the state of Kansas.

## OPINIONS:

7. It is the opinion of the SA that if the firearm was received or possessed in the state of Kansas, the firearm would have travelled in interstate commerce.

## ATTACHMENTS:

Photographs of one (1) Smith & Wesson, Model M&P40 M2.0, .40 S&W caliber pistol (S/N NBH7953)

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>VEALES, Robert - WFIG | Investigation Number:<br>25-23743 | Report Number:<br>5 |
| --- | --- | --- |

ATF EF 3120.2 (10-2004)
For Official Use Only