# ATTACHMENT C



# REGIONAL FORENSIC SCIENCE CENTER

1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

## Firearms
## Laboratory Report

| | | | |
|---|---|---|---|
| **Agency Case #:** | 25C057987 | **Laboratory Case #:** | 25-00590 #3 |
| | 25C063403 | **Report Date:** | August 14, 2025 |
| | 25C056136 | **Reported by:** | Sara M. Rogers, BS |
| **Agency:** | Wichita PD | **Report #:** | 3.0 |
| | 455 North Main Street | **Lab Activity Dates:** | 07/25/2025 to 08/14/2025 |
| | Wichita, KS  67202 | **Subject Name(s):** | Daquinton Baker |
| **Requester(s):** | Reel, Vincent | | |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

**EVIDENCE DESCRIPTION**

The following was submitted by Vincent Reel on July 23, 2025:
   Container G - Tape-Sealed Box Containing:  Handgun with Magazine  [25C063403]
      Item 1 - Taurus pistol with light/laser
      Item 2 - Magazine
   Container H - Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 3 - Four fired cartridge cases
   Container I - Large Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 4 - Nine fired cartridge cases
   Container J - Large Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 5 - Eight fired cartridge cases
   Container K - Tape-Sealed Paper Sack Containing:  ~41 Cartridge Casings (C4-C13, C17-C28, C47-C65) [25C057987]
      Item 6 - Fourty-one fired cartridge cases

**EVIDENCE SUMMARY**

Item 1: 9mm Luger caliber Taurus model G3c semiautomatic pistol, serial number ADA845443.
Item 1.1: Test fires from firearm Item 1.
Item 2: Black detachable box magazine.
Item 3:
- (3) Blazer 9mm Luger fired cartridge cases (labeled "3A", "3B", and "3D").
- (1) Hornady 9mm Luger fired cartridge case (labeled "3C").
Item 4:
- (1) Blazer 9mm Luger fired cartridge case (labeled "4A").
- (4) Federal 9mm Luger fired cartridge cases (labeled "4B", "4C", "4G", and "4H").
- (4) AMMO, Inc. 9mm Luger fired cartridge cases (labeled "4D", "4E", "4F", and "4I").

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR            www.sedgwickcounty.org/forensic-science            Page 1 of 3

| | Laboratory Report | |
|---|---|---|
| **Firearms** | **Report Date:** August 14, 2025 | **Laboratory Case #:** 25-00590 #3 |

Item 5:
- (7) Blazer 9mm Luger fired cartridge cases (labeled "5A", "5B", "5C", "5D", "5E", "5F", and "5G").
- (1) Winchester 9mm Luger fired cartridge case (labeled "5H").

Item 6:
- (10) Blazer 9mm Luger fired cartridge cases (labeled "6A", "6B", "6C", "6D", "6F", "6G", "6H", "6I", "6J, and "6AN").
- (1) Blazer 9mm Luger fired cartridge case (labeled "6E").
- (12) Federal 9mm Luger fired cartridge cases (labeled "6K", "6L", "6M", "6N", "6O", "6P", "6Q", "6R", "6S", "6T", "6U", and "6V").
- (1) Fiocchi 9mm Luger fired cartridge case (labeled "6W").
- (16) SIG Sauer 9mm Luger fired cartridge cases (labeled "6X", "6Y", "6Z", "6AA", "6AB", "6AC", "6AD", "6AE", "6AF", "6AG", "6AH", "6AI", "6AJ", "6AK", "6AL", and "6AM").
- (1) Hornady 9mm Luger fired cartridge case (labeled "6AO").

**RESULTS**

Firearm Item 1 is functional as received.

**OPINIONS**

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 4A, 5(A-G), 6E were identified as having been fired in firearm Item 1.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 3(A-D), 4(B-I), 5H, 6(A-D, F-J, AN) were identified as having been fired in the same firearm.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 6(K-V) were identified as having been fired in the same firearm.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 6(W-AM) were identified as having been fired in the same firearm.

Based on the significant disagreement of class characteristics, fired cartridge case Items 3(A-D), 4(B-I), 5H, 6(A-D, F-J, AN) were eliminated as having been fired in the same firearms as fired cartridge case Items 6(K-AM, AO).

Based on the significant disagreement of individual characteristics, fired cartridge case Items 6(K-V) were eliminated as having been fired in the same firearm as fired cartridge case Items 6(W-AM).

While exhibiting similar class characteristics and some disagreement of individual characteristics, the quality and quantity of disagreement is insufficient for elimination and fired cartridge case Item 6AO was neither eliminated nor identified as having been fired in the same firearms as fired cartridge case Items 6(K-V) and 6(W-AM).

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR                    www.sedgwickcounty.org/forensic-science                    Page 2 of 3

**Laboratory Report**

**Firearms**    **Report Date:** August 14, 2025    **Laboratory Case #:** 25-00590 #3

## METHODOLOGY

Function Testing
Macroscopic/Microscopic Evaluation

## REMARKS

Item 1.1 was retained in the laboratory; all remaining items were returned to the submitting agency. Some items may be repackaged.

Scientist: _____

Sara M. Rogers, BS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR    www.sedgwickcounty.org/forensic-science    Page 3 of 3



# REGIONAL FORENSIC SCIENCE CENTER

1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

**Firearms**
**Supplemental Report**

| | | | |
|---|---|---|---|
| **Agency Case #:** | 25C056136; 25C057987; 25C063403 | **Laboratory Case #:** | 25-00590 #5 |
| | | **Report Date:** | October 20, 2025 |
| **Agency:** | Wichita PD | **Reported by:** | Sara M. Rogers, BS |
| | 455 North Main Street | **Report #:** | 5.0 |
| | Wichita, KS 67202 | **Lab Activity Dates:** | 09/29/2025 to 10/20/2025 |
| **Requester(s):** | Reel, Vincent | **Subject Name(s):** | Daquinton Baker |
| | | | Robert Veales |
| | | | Charles Colbert |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

**EVIDENCE DESCRIPTION**

The following was submitted by Vincent Reel on September 24, 2025:
    Container N - Tape-Sealed Gun Box Containing:  Handgun  [25C057987]
      Item 8 - CZ pistol
      Item 9 - Magazine
    Container O - Tape-Sealed Gun Box Containing:  Handgun  [25-22109 / ATF]
      Item 10 - Glock pistol with aftermarket barrel and attached machinegun conversion device
      Item 14 - One fired bullet fragment recovered from trigger guard of Firearm Item 10
    Container P - Tape-Sealed Envelope Containing:  Cartridge Casings (C41-C46)  [25C057987]
      Item 11 - Six fired cartridge cases
    Container Q - Tape-Sealed Envelope Containing:  Cartridge Casing (C2)  [25C057987]
      Item 12 - One fired cartridge case
    Container R - Tape-Sealed Paper Sack Containing:  ~13 Sealed Coin Envelopes Each Containing Casings [25C057987]
      Item 13 - Thirteen fired cartridge cases

The following was re-submitted by Vincent Reel on September 24, 2025:
    Container H - Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 3 - Four fired cartridge cases
    Container I - Large Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 4 - Nine fired cartridge cases
    Container J - Large Tape-Sealed Envelope Containing:  Casings  [25C056136]
      Item 5 - Eight fired cartridge cases

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR                   www.sedgwickcounty.org/forensic-science                 Page 1 of 4

|  | **Supplemental Report** |  |
|---|---|---|
| **Firearms** | **Report Date:** October 20, 2025 | **Laboratory Case #:** 25-00590 #5 |

The following was re-submitted by Vincent Reel on September 29, 2025:
    Container K - Tape-Sealed Paper Sack Containing:  ~41 Cartridge Casings (C4-C13, C17-C28, C47-C65) [25C057987]
        Item 6 - Fourty-one fired cartridge cases

**EVIDENCE SUMMARY**

Item 3:
- (3) Blazer 9mm Luger fired cartridge cases (labeled "3A", "3B", and "3D").
- (1) Hornady 9mm Luger fired cartridge case (labeled "3C").
Item 4:
- (1) Blazer 9mm Luger fired cartridge case (labeled "4A").
- (4) Federal 9mm Luger fired cartridge cases (labeled "4B", "4C", "4G", and "4H").
- (4) AMMO, Inc. 9mm Luger fired cartridge cases (labeled "4D", "4E", "4F", and "4I").
Item 5:
- (7) Blazer 9mm Luger fired cartridge cases (labeled "5A", "5B", "5C", "5D", "5E", "5F", and "5G").
- (1) Winchester 9mm Luger fired cartridge case (labeled "5H").
Item 6:
- (10) Blazer 9mm Luger fired cartridge cases (labeled "6A", "6B", "6C", "6D", "6F", "6G", "6H", "6I", "6J", and "6AN").
- (1) Blazer 9mm Luger fired cartridge case (labeled "6E").
- (12) Federal 9mm Luger fired cartridge cases (labeled "6K", "6L", "6M", "6N", "6O", "6P", "6Q", "6R", "6S", "6T", "6U", and "6V").
- (1) Fiocchi 9mm Luger fired cartridge case (labeled "6W").
- (16) SIG Sauer 9mm Luger fired cartridge cases (labeled "6X", "6Y", "6Z", "6AA", "6AB", "6AC", "6AD", "6AE", "6AF", "6AG", "6AH", "6AI", "6AJ", "6AK", "6AL", and "6AM").
- (1) Hornady 9mm Luger fired cartridge case (labeled "6AO").
Item 8: 9mm Luger caliber CZ model CZ 75 P-07 DUTY semiautomatic pistol, serial number B180415.
Item 8.1: Test fires from firearm Item 8.
Item 9: Black detachable box magazine.
Item 10: 9mm Luger caliber Glock model 19X semiautomatic pistol, **frame bearing serial number CABY510, slide bearing serial number CCLC342**.
Item 10.1: Test fires from firearm Item 10.
Item 10.1.1: Test fired cartridge cases T-10B and T-10E from Glock pistol (Firearm Item 10).
Item 11:
- (4) Remington 40 S&W fired cartridge cases (labeled "11A", "11B", "11C", and "11E").
- (2) Starline 40 S&W fired cartridge cases (labeled "11D" and "11F").
Item 12:
- (1) Winchester 9mm NATO fired cartridge case (labeled "12").
Item 13:
- (10) Blazer 9mm Luger fired cartridge cases (labeled "13A", "13B", "13D", "13E", "13F", "13G", "13I", "13J", "13K", and "13L").
- (2) Blazer 9mm Luger fired cartridge cases (labeled "13C" and "13M").
- (1) High Precision Range 9mm Luger fired cartridge case (labeled "13H").
Item 14:
- (1) copper jacketed fired bullet fragment (labeled "14").

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR        www.sedgwickcounty.org/forensic-science        Page 2 of 4

|  |  |  |
|---|---|---|
|  | **Supplemental Report** |  |
| **Firearms** | **Report Date:** October 20, 2025 | **Laboratory Case #:** 25-00590 #5 |

**RESULTS**

Firearm Item 8 is functional as received.

Firearm Item 10 was not functional as received due to damage and a missing trigger. After replacing the frame and slide cover plate with ones from the reference collection, the firearm was able to function and was successfully test fired.

The class characteristics of fired bullet fragment Item 14 were searched in the AFTE General Rifling Characteristics Database and the attached listing of known firearms having similar class characteristics was found. This list does not exclude any firearms that may exist, having similar class characteristics, but currently are not listed.

Due to distortion/damage, the caliber/caliber family of fired bullet fragment Item 14 was unable to be determined.

**OPINIONS**

**9mm Luger cartridge cases:**

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 13(A-B, D-G, I-L) were identified as having been fired in firearm Item 1.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 3(A-D), 4(B-I), 5H, 6(A-D, F-J, AN), and 13(C, M) were identified as having been fired in firearm Item 8.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 6AO and 13H were identified as having been fired in firearm Item 10.

Based on the significant disagreement of individual characteristics, fired cartridge case Items 6(K-V) and 6(W-AM) were eliminated as having been fired in firearm Item 10.

Based on the significant disagreement of class characteristics, fired cartridge case Item 12 was eliminated as having been fired in firearm Items 1, 8, and 10.

Based on the significant disagreement of class characteristics, fired cartridge case Item 12 was eliminated as having been fired in the same firearms as fired cartridge case Items 6(K-V) and 6(W-AM).

**40 S&W cartridge cases:**

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 11(A-F) were identified as having been fired in the same firearm.

**Bullet:**

Based on the significant disagreement of class characteristics, fired bullet fragment Item 14 was eliminated as having been fired from firearm Items 1, 8, and 10.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR                               www.sedgwickcounty.org/forensic-science                               Page 3 of 4

**Supplemental Report**

**Firearms**         **Report Date:** October 20, 2025         **Laboratory Case #:** 25-00590 #5

**METHODOLOGY**

Function Testing
Macroscopic/Microscopic Evaluation

**REMARKS**

Items 1.1, 8.1, and 10.1 were retained in the laboratory; all remaining items were returned to the submitting agency. Some items may be repackaged.

Items 3, 4, 5, and 6 were were previously compared under case record #3, dated August 14, 2025.

Fired cartridge case Items 4A, 5(A-G), and 6E were previously identified to Firearm Item 1. These items were not re-examined under this case record.

Firearm Item 10 is being returned in a disassembled (field stripped) state, due to the damage to the firearm as received.

This Laboratory Report is supplemental to the Laboratory Reports dated August 14, 2025 and October 8, 2025.

Scientist:

Sara M. Rogers, BS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR         www.sedgwickcounty.org/forensic-science         Page 4 of 4



# REGIONAL FORENSIC SCIENCE CENTER
1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

## Firearms
## Supplemental Report

| | | | |
|---|---|---|---|
| **Agency Case #:** | 25C057987 | **Laboratory Case #:** | 25-00590 #4 |
| **Agency:** | Wichita PD | **Report Date:** | October 8, 2025 |
| | 455 North Main Street | **Reported by:** | Sara M. Rogers, BS |
| | Wichita, KS 67202 | **Report #:** | 4.0 |
| **Requester(s):** | Reel, Vincent | **Lab Activity Dates:** | 09/19/2025 to 10/01/2025 |
| | Rogers, Richard | **Subject Name(s):** | Daquinton Baker |
| | | | Robert Veales |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

## EVIDENCE DESCRIPTION

The following was submitted by Vincent Reel on September 18, 2025:
    Container M - Tape-Sealed Paper Sack Containing:  ~17 Cartridge Casings
        Item 7 - Seventeen fired cartridge cases

## EVIDENCE SUMMARY

Item 7:
- (2) Winchester 45 Auto fired cartridge cases (labeled "7A" and "7B").
- (5) Fiocchi 45 Auto fired cartridge cases (labeled "7C", "7D", "7E", "7O", and "7Q").
- (9) Fiocchi 45 Auto fired cartridge cases (labeled "7F", "7G", "7H", "7I", "7J", "7K", "7L", "7M", and "7N").
- (1) Hornady 45 Auto fired cartridge case (labeled "7P").

## OPINIONS

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 7(C-E, O-Q) were identified as having been fired in the same firearm.

Based on the agreement of discernible class characteristics and sufficient matching individual detail, fired cartridge case Items 7(F-N) were identified as having been fired in the same firearm.

While exhibiting similar class characteristics and some agreement of individual characteristics, the quality and quantity of agreement is insufficient for an identification and fired cartridge case Items 7A and 7B were neither eliminated nor identified as having been fired in the same firearm.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR                           www.sedgwickcounty.org/forensic-science                    Page 1 of 2

| | **Supplemental Report** | |
|---|---|---|
| **Firearms** | **Report Date:** October 8, 2025 | **Laboratory Case #:** 25-00590 #4 |

Based on the significant disagreement of class characteristics, fired cartridge case Items 7(A-B) were eliminated as having been fired in the same firearms as fired cartridge case Items 7(C-E, O-Q) and fired cartridge case Items 7(F-N).

Based on the significant disagreement of class characteristics, fired cartridge case Items 7(C-E, O-Q) were eliminated as having been fired in the same firearm as fired cartridge case Items 7(F-N).

**METHODOLOGY**

Macroscopic/Microscopic Evaluation

**REMARKS**

All items were returned to the submitting agency. Some items may be repackaged.

This Laboratory Report is supplemental to the Laboratory Report dated August 14, 2025.

Scientist: _[signature]_
Sara M. Rogers, BS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
SMR                    www.sedgwickcounty.org/forensic-science                    Page 2 of 2