# ATTACHMENT D

# CURRICULUM VITAE

**NAME**         **Sara Rogers**

**TITLE**:       **Forensic Scientist II, Firearms Examiner/Firearms Technical Leader**

**ADDRESS**:     Sedgwick County Regional Forensic Science Center
1109 N. Minneapolis
Wichita, KS 67214

**TELEPHONE**:   (316) 660-4800

**EDUCATION**:

| | |
|---|---|
| **2020** | **B.S. in Forensic Science, summa cum laude**<br>University of North Dakota |
| **2020** | **B.S. in Criminal Justice, summa cum laude**<br>University of North Dakota |

**RELEVANT COURSEWORK**:

- Introduction to the Forensic Sciences
- Forensic Science
- Analysis of Forensic Evidence
- Introduction to Criminal Justice
- Criminal Investigation
- Criminal Procedure
- General Chemistry I and II with Laboratory
- Survey of Organic Chemistry with Laboratory
- Analytical Chemistry with Laboratory
- Introductory College Physics I and II with Laboratory
- Fundamentals of Public Speaking

**EXPERIENCE**:

**Nov 2023-Present: Forensic Scientist II – Firearms Examiner/Firearms Technical Leader,** Sedgwick County Regional Forensic Science Center – Firearms Section
- FS I duties
- Comparison casework
- Verifications of comparison casework
- Standard operating procedure and document updates/maintenance
- Training of new examiner

**Mar 2021-Nov 2023:** **Forensic Scientist I – Firearms Examiner,** Sedgwick County Regional Forensic Science Center – Firearms Section
- Firearm function test casework
- Firearm barrel/overall length measurements
- Calibration checks/lab maintenance
- Serial number restoration casework
- Technical review of casework

**TRAINING:**

**July 2021:** Building a Crime Gun Intelligence Capability webinar

**September 2021:** Modern Firearm Manufacturing Techniques Course by Advanced Firearms Technologies Consulting Group

- Toured several firearms/tool/ammunition manufacturing facilities in the Northeast United States
    - SIG Sauer, Thompson Investment Casting, Kahr Arms, Yankee Hill Machine Co., Smith & Wesson, Savage Arms, Colt, Lyman, Springfield Armory, Drill Masters El Dorado Tool, Wilson Arms, Charter Arms, and Connecticut Shotgun and Standard Mfg.

**November 2021:** Midwest Firearm 2021 Virtual Training Seminar

- 8 hour webinar covering various topics within the firearms discipline, including 3D comparison microscopy, testifying in a court of law, and studies completed in the field.

**January 2022:** The Effect of Time on Rusted Firearm Identification webinar

**January 2022:** 2022 Firearm and Toolmarks Policy and Practice Forum

- 4 day webinar consisting of four hours each day covering research, emerging technologies, intelligence, and legal aspects of the firearm and toolmark discipline from many speakers of different backgrounds.

**March 2022:** Improving Forensic Decision Making: A Human-Cognitive Perspective webinar

**June 2022:** Blind Testing in Firearms Examination: Preliminary Results, Benefits, Limitations, and Future Directions webinar

**January 2023:** Glock Armorer's Course

| | |
|---|---|
| **March 2023:** | Subclass Characteristic Workshop |

- 8 hour lecture taught by Nancy McCombs covering history and evolution of subclass characteristics, how to discern subclass characteristics, common manufacturing/machining methods of firearms/tools, and legal challenges regarding subclass characteristics.

| | |
|---|---|
| **April 2023:** | Glock History, Manufacturing, and Evolution webinar |
| **September 2024:** | Machining for the Firearms Examiner Course |

- 2 day class taught by Chris Monturo comprised of lectures and hands-on microscope application covering various machining methods of firearm and ammunition components and tools, various marks left by those methods, how they relate to potential subclass characteristics, how to answer legal challenges regarding subclass, and more. Also covered specialty topics of machining marks and potential subclass on Glock clone and aftermarket parts (slides and barrels) and various unique ammunition products.

| | |
|---|---|
| **July 2025:** | Back to Basics: AFTE Theory of Identification and Likelihood Issues |

- Webinar taught by Ronald Nichols reiterating the AFTE Theory of Identification. Also covered brief historical background of the field of firearms identification, common criticisms of the AFTE Theory of Identification, how to defend the Theory, and likelihood issues surrounding the Theory.

**TESTIMONY:**

| | |
|---|---|
| **February 2024:** | Comparison, Sedgwick County District Court |
| **November 2024:** | Function testing and comparison, Sedgwick County District Court |
| **March 2025:** | Function testing and comparison, Sedgwick County District Court |