# ATTACHMENT E



# REGIONAL FORENSIC SCIENCE CENTER

1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

**Biology/DNA**
**Laboratory Report**

| | | | |
|---|---|---|---|
| **Agency Case #:** | 24C144425 | **Laboratory Case #:** | 25-00781 |
| **Agency:** | Wichita PD | **Report Date:** | June 30, 2025 |
| | 455 North Main Street | **Reported by:** | Jordan A. Wiles, MSFS |
| | Wichita, KS  67202 | **Record #:** | 1.0 |
| **Requester(s):** | Reel, Vincent | **Lab Activity Dates:** | 05/27/2025 to 06/10/2025 |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

## DESCRIPTION OF EVIDENCE

The following evidence was submitted by Detective Reel on 05/15/2025.

Container B     One tape-sealed manila envelope, labeled in part "2 Swab boxes with possible DNA", containing two swab boxes.

        One tape-closed swab box, labeled in part "Grips", containing:
        Q1     Swabs "grips".

        One tape-closed swab box, labeled in part "Trigger, mag, buttons", containing:
        Q2     Swabs "trigger, mag, buttons".

    The following exhibits underwent DNA analysis:
    Q1    Swabs "grips".
    Q2    Swabs "trigger, mag, buttons".

## RESULTS AND INTERPRETATIONS

**DNA extraction** was performed on Q1 and Q2.

**Polymerase Chain Reaction (PCR)** was performed on Q1 and Q2 for Short Tandem Repeat (STR) DNA analysis. The isolated DNA was amplified by PCR and profiles from the GlobalFiler™ System were detected by fluorescent imaging for genetic loci D3S1358, vWA, D16S539, CSF1PO, TPOX, D8S1179, D21S11, D18S51, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338, DYS391, Y indel, and Amelogenin.

The DNA profiles obtained in this case were compared to the oral standard from Robert Veales (K1) described in lab report # 23-02315 (ATF # 24-01276) issued by this analyst on 06/10/2025.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**

| | **Laboratory Report** | |
|---|---|---|
| **Biology** | **Report Date:** June 30, 2025 | **Laboratory Case #:** 25-00781 #1 |

**RESULTS AND INTERPRETATIONS, continued**

Based on the results of PCR DNA analysis:

1.  The DNA profile obtained from the swabs "grips" (Q1) is partial in nature and was determined to be of no comparative value.

2.  The DNA profile obtained from the swabs "trigger, mag, buttons" (Q2) is a mixture of at least three individuals. Robert Veales (K1: 23-02315) cannot be excluded as a major contributor to this profile.

    -   The probability of selecting an unrelated individual at random who exhibits a profile that is a potential major contributor to the profile obtained from Q2 is approximately 1 in 354.

**REMARKS**

In the event further analysis is required for these or any other items related to this case, please contact the undersigned.

Reference standards should be submitted to the laboratory from any individuals believed to be involved in this case.

Statistical estimates were evaluated for Caucasian, Black, and Hispanic populations separately; the least discriminating value is reported.

Exhibits Q1 and Q2 were extracted in full.  The remaining DNA extracts will be transferred to the submitting agency, as will all other evidence and/or packaging submitted in this case.

Scientist:  _Jordan Wiles_

Jordan A. Wiles, MSFS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**