# ATTACHMENT F

# Professional Vitae of Jordan Wiles

Sedgwick County Regional Forensic Science Center
1109 N. Minneapolis
Wichita, KS 67214
(316) 660-4800

---

## EDUCATION

| | |
|---|---|
| Indiana University Purdue University Indianapolis, Indianapolis, IN<br>    M.S., Forensic Science, Concentration in Forensic Biology | 2019 – 2020 |
| Wichita State University, Wichita, KS<br>    B.S., Forensic Science<br>    Minor in Psychology | 2015 – 2019 |

## RELEVANT COURSEWORK

Biochemistry, Genetics, Population Genetics, Molecular Cell Biology, Principles of Molecular Biology, Forensic Biology, Forensic Serology, Advanced Forensic Microscopy, Forensic Science and the Law, and Law and Forensic Science, Forensic Science Techniques I & II, General Biology I & II.

## RESEARCH EXPERIENCE

While completing my Master's degree I completed a research project for a graduate course to propose a new method validation of analysis for the topic of my choice. I completed this research project with a written proposal, and I presented the proposal of my new, less invasive, method of taking samples from victims of drug-facilitated sexual assault and testing them.

## PROFESSIONAL EXPERIENCE

<u>Forensic Scientist II</u>
Sedgwick County Regional Forensic Science Center, Wichita, KS (April 2021 – present)
Performs complex laboratory analysis of biological evidence related to criminal investigations. Forensic examinations conducted include screening crime scene evidence and the identification of biological fluids; genetic analysis involves the use of advanced laboratory techniques, materials, and instrumentation involved in the characterization of DNA from body fluids and tissues. Interprets complex data, formulates conclusions, and prepares results of findings for use by the criminal justice system. Provides expert witness testimony in court and advises members of the criminal justice system in forensic matters. Adheres to quality control procedures, performs quality assurance verifications, assists with the maintenance and calibration of specialized laboratory instrumentation, and participates in research and validation of new technologies.

**PROFESSIONAL EXPERIENCE, continued:**

<u>Lab Analyst</u>
PetroChoice, Wichita, KS (July 2020 – April 2021)
Received and processed oil samples to analyze, make determination, and report data to the appropriate recipients.  Successfully analyzed oil samples within a 24-hour period. Evaluated the chemical and physical properties of various organic and inorganic substances. Set up and conducted tests utilizing ICP mass spectrometry, IR and by chemical and physical techniques. Prioritized multiple projects and deadlines simultaneously. Performed maintenance on laboratory instruments.  Followed quality assurance and quality control protocols to ensure accuracy of results.

<u>Student Police Intern</u>
Wichita Police Department, Wichita, KS (June 2018 – July 2018)
Acquired working knowledge of department practices, procedures and equipment by participating in ride alongs. Observed beat officers, the CSI lab, court, animal control, detectives, records, and property and evidence. Maintained updated knowledge through further ride alongs after my internship concluded. Drafted internship report to summarize position, responsibilities, learning outcomes and skills developed.

<u>Student Toxicology Intern</u>
St. Louis Forensic Toxicology Laboratory, Berkeley, MO (May 2016 – August 2017)
Assisted with inventorying samples that were delivered from outer agencies as well as from the morgue.  Assisted with analysis of pathology samples on the GC-MS. Assisted with preparing for an audit of the laboratory by inventorying and organizing room full of drug controls for testing. Completed this project timely and efficiently in order for the laboratory to comply with the audit. Observed forensic pathologists and toxicologists perform casework on samples.

**CONTINUING EDUCATION**

<u>11th Annual Workshop on STRmix Implementation and Casework Approach: Virtual</u>
Hosted by: California Department of Justice and San Diego Police Department; June 25-26, 2025
(7.5 hrs)

<u>Mid-America 2025 Forensic DNA Conference: Columbia, MO</u>
Hosted by PTC and Endeavor Laboratories; April 1-2, 2025
(11.5 hrs)

<u>BODE 23rd Annual Forensic DNA Conference: Atlanta, GA</u>
Hosted By: BODE Technology; June 26-27, 2024
(16 hrs)

<u>10th Annual Workshop on STRmix Implementation and Casework Approach: Virtual</u>
Hosted by: California Department of Justice and San Diego Police Department; June 11-12, 2024
(9 hrs)

<u>9th Annual Workshop on STRmix Implementation and Casework Approach: Virtual</u>
Hosted by: California Department of Justice and San Diego Police Department; June 27-28, 2023
(4.5 hrs)

2

July 8, 2025

**CONTINUING EDUCATION, continued:**

HIDS Future Trends in Forensic DNA Technology Seminar Series: Virtual
Presented by: Thermo Fisher Scientific; May 23-24, 2023
(8.5 hrs)

Mid America 2023 Forensic DNA Conference: Columbia, MO
Hosted by PTC; April 3-4, 2023
(11 hrs)

Crime-lite Camera Training: Wichita, KS
Hosted by: Foster + Freeman Applications Specialist Erin Vinson; October 28, 2022
(3 hrs)

HIDS Future Trends in Forensic DNA Technology Seminar Series: Virtual
Presented by: Thermo Fisher Scientific; May 11-12, 2022
(9 hrs)

8th Annual Workshop on STRmix Implementation and Casework Approach: Virtual
Hosted by: California Department of Justice and San Diego Police Department; June 28-29, 2022
(9 hrs)

**PROFESSIONAL ORGANIZATIONS & MEMBERSHIPS**

Kansas Division of the International Association for Identification (KDIAI), 2023

**HONORS & AWARDS**

Dean's List
Wichita State University, Wichita, KS (Spring 2015 & Spring 2019)