# ATTACHMENT G

# Jordan Wiles

1109 N. Minneapolis | Wichita, KS 67214 | Phone: (316)660-4800

Email: jordan.wiles@sedgwick.gov

**COURT TESTIMONY LOG**

| Year | Date | Lab # | Court | Prosecutor |
|---|---|---|---|---|
| 2024 | 07-31-24 | 21-01928 | District | Atticus Disney |
|  | 08-02-24 | 23-00084 | District | Alice Osburn |
| 2025 | 03-04-25 | 23-01489 | District | Joshua Steward |
|  | 09-03-25 | 23-01786 | District | Atticus Disney |